```
                                                              JS-6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **STEVEN RAY WILLIAMS,** ) | |
| ) | |
| Petitioner, ) | Case No. CV 08-0212-JFW(AJW) |
| ) | |
| v. ) | |
| ) | |
| **JOHN MARSHALL, Warden,** ) | JUDGMENT |
| ) | |
| Respondent. ) | |
| _____) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: May 6, 2009

_____
John F. Walter
United States District Judge